IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

     Plaintiff,

v.

17.  OSCAR GARCIA-RUIZ,

     Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

     Counsel having failed to comply with this court's order to reschedule, the sentencing is now rescheduled to **January 14, 2010, at 10:00 a.m.** in the Alfred A. Arraj United States Courthouse, 901 19th St. Courtroom A902.

Dated: November 10, 2009

                                                        s/Jane Trexler, Judicial Assistant