IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17.  OSCAR GARCIA-RUIZ,

    Defendant.

_____

## MINUTE ORDER
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    Counsel are directed to contact chambers within 5 days to set a resentencing hearing.

Dated: June 14, 2011

                                            s/Jane Trexler, Judicial Assistant