IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE WALKER D. MILLER

Criminal Action No.  07-cr-00188-WDM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

17.  OSCAR GARCIA-RUIZ,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    A status hearing will be held **August 17, 2011, at 9:00 a.m.**  Upon reassignment, counsel are directed to contact the newly assigned judge to confirm the setting.

Dated: July 26, 2011

                                                s/Jane Trexler, Judicial Assistant