IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 14-cv-00229-MSK
Criminal Action No. 07-cr-00188-MSK-17

UNITED STATES OF AMERICA,

       Plaintiff,

v.

17.    OSCAR GARCIA-RUIZ

       Defendant.

## ORDER

After preliminary consideration of the Defendant's Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (ECF No. 1577), it is now

ORDERED that the United States Attorney on or before **April 11, 2014**, shall file an answer or other pleading directed to the motion pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings.

DATED this 11th day of February, 2014.

                                      **BY THE COURT:**

                                      */s/ Marcia S. Krieger*

                                      Marcia S. Krieger
                                      Chief United States District Judge