**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00188-MSK-17
(Civil Action No. 14-cv-00229-MSK)

UNITED STATES OF AMERICA,
Plaintiff-Respondent,

v.

OSCAR GARCIA-RUIZ,
Defendant-Movant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Denying 28 U.S.C. § 2255 Motion (#1610) of Chief Judge Marcia S. Krieger entered on October 23, 2014 it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 (#1577) filed 1/27/14, is denied.

Dated at Denver, Colorado this 23rd day of October, 2014.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ D. Kalsow
Deputy Clerk